UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
(Rural Development)
Plaintiff

v.

CLARA AZA VAZQUEZ
Defendant

CIVIL NO. 06-1521(JAF)

FORECLOSURE OF MORTGAGE

### JUDGMENT BY DEFAULT

Upon plaintiff's motion for judgment, and it appearing from the records on file in this proceeding that default was entered by the Clerk of this Court upon defendant CLARA AZA VAZQUEZ for failure to answer or otherwise plead in this case, against which defendant the plaintiff is entitled to a Judgment by Default, and the Court being fully advised in the premises, hereby

ORDERS, ADJUDGES, AND DECREES:

1.   On January 24, 1986, original borrowers herein subscribed a Mortgage Note for the principal amount of $41,200.00 with interest at the rate of 10%% per annum.

2.   Said Mortgage Note was subscribed in favor of or to the order of Rural Development, an agency and instrumentality of the United States of America.

3.   For the purpose of securing the payment of said note a mortgage was constituted by Deed Number 6, dated January 24, 1986 before the Notary Public Edelmiro Jose Rodriguez Sosa, over the following real property:

United States v. Clara Aza Vazquez
Civil No. 06-1521(JAF)
Page 2

> URBANA: Solar radicado en la Urbanización La
> Margarita II, situada en el Barrio Pueblo del
> término municipal de Salinas, Puerto Rico, que
> se describe en el plano de Inscripción de la
> Urbanización con el número, Treinta y Cinco
> (35) con un área superficial de Tresciento
> Cincuenta y Seis punto Trescientos Setenta y
> Un Metros Cuadrados (356.371m.c.), en LINDES:
> por el NORTE, en Diez punto Ochocientos
> Sesenta (10.860) metros con la Calle "F" de la
> Urbanización; por el NOROESTE, en Cinco punto
> Cuatro Cientos Noventa y Ocho (5.498) metros
> con la Calle E Esquina F de la Urbanización;
> por el SUR, en Catorce punto Trescientos
> Sesenta (14.360) metros con un remanente de La
> Margarita Development Corporation; por el
> ESTE, en Veintiuno punto Quinientos (21.500)
> metros con la Calle "E" de la Urbanización y
> por el OESTE, en Veinticinco (25) metros con
> el Solar Número Treinta y Cuatro (34) de la
> Urbanización.
>
> El solar antes descrito contiene una casa de
> vivienda de hormigón que consta de tres
> dormitorios, un baño, sala-comedor, cocina,
> balcón marquesina y área de lavandería. Está
> provista de un calentador de agua eléctrico de
> treinta galones.

Plaintiff's mortgage was recorded at page 209rs, volume 188 of
Salinas, property number 7259, 1st inscription, at the Registry of
the Property of Guayama, Puerto Rico.

4. The defendant herein owner of record of this property has
failed to comply with the terms and conditions of the mortgage
contract and have refused to pay the stipulated monthly
installments, in spite of plaintiff's demands and collection
efforts.

United States v. Clara Aza Vazquez
Civil No. 06-1521(JAF)
Page 3

5. According to the terms and conditions of the mortgage contract if default is made in the payment of an installment under the note, and said default is not made good prior to the due date of the next installment, the entire principal sum and accrued interest shall at once become due and payable at the option of the holder.

6. The defendant's indebtedness with the plaintiff is:

a) $37,340.24 of aggregate principal;

b) $8,184.86 of interest accrued as of March 23, 2005 and thereafter until its full and total payment, which interest amount increases at the daily accrual rate of $10.87, plus costs, disbursements and attorneys fees due to the date of sale;

c) $8,791.53 of Subsidy Recapture.

7. Defendant, as debtor of the amounts prayed for in the complaint, are hereby ORDERED AND ADJUDGED to pay unto the plaintiff the amounts specified and set forth in the preceding paragraph 6.

8. In default of the payment of the sums herein specified or of any part thereof within the ten (10) days from the date of entry of this judgment, said property shall be sold by the Marshal of this Court at public auction to the highest bidder thereof, without an appraisement or right of redemption for the payment and satisfaction of plaintiff's mortgage within the limits secured thereby.

United States v. Clara Aza Vazquez
Civil No. 06-1521(JAF)
Page 4

9. The Marshal of this Court shall make the sale hereinabove
mentioned in accordance with 28 U.S.C. Section 2001 and Section
2002 and the applicable provisions of the Commonwealth of Puerto
Rico Mortgage Law.   The notice of sale shall be published in a
newspaper of general circulation once a week during four (4)
consecutive weeks.   The amount of $41,200.00 shall serve as the
minimum bid for the first public sale.   Should the first public
sale fail to produce an award or adjudication, two-thirds of the
aforementioned amount shall serve as the minimum bid for the second
public sale.   Should there be no award or adjudication at the
second public sale, the basis for the third sale shall be one-half
of the amount specified as minimum bid for the first public sale.
The Marshal of this Court shall proceed to issue the corresponding
notice of sale to be published in a newspaper of general
circulation without the need of further orders or writs from this
Court.   Such sale shall be subject to the confirmation of this
Court.   Upon   confirmation   the   Marshal   shall   execute   the
corresponding deed of judicial sale to the purchaser and he shall
be entitled to the delivery of the property sold and its physical
possession, in accordance with law. Said possession may be obtained
through eviction of the occupant of the property without the need

United States v. Clara Aza Vazquez
Civil No. 06-1521(JAF)
Page 5

of further order of this Court if executed within sixty (60) days
from the confirmation of the public sale.

10. Any funds derived from the sale to be made in accordance
with the terms of this judgment and such further orders of this
Court shall be applied as follows:

a) To the payment of all proper expenses attendant upon
said sale;

b) To the payments of that part of the indebtedness owed
to the plaintiff in the same order and for the amounts specified,
and set forth in the preceding paragraph 6;

c) If after making the above payments there shall be
surplus, said surplus shall be delivered to the Clerk of this
Court, subject to further orders of the Court;

d) In the case the proceeds from the said sale are not
sufficient to cover the full amounts owing to the plaintiff, the
plaintiff shall be entitled to a deficiency judgment against the
defendant and shall have execution therefor.

11. The Property Registrar of the corresponding Property
Registry of Puerto Rico shall proceed to the recording of the
judicial sale deed in favor of the purchaser, free of any liens
subsequent to the date of the execution of the foreclosed mortgage.

12. Plaintiff in these proceedings may apply to this Court for
such further orders as it may deem advisable to its interest in
accordance with the terms of this Judgment and the Clerk shall

United States v. Clara Aza Vazquez
Civil No. 06-1521(JAF)
Page 6

proceed to issue of course all necessary writs to enforce and

execute the same.   Fed.R.Civ.P. 77(a).

    In San Juan, Puerto Rico, this 28th day of August, 2006.

UNITED STATES DISTRICT JUDGE